---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

826360
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2003-3

In Re:

JOSIAS M. DELEON

Case No: 19-20599 - ABA

Hearing Date: August 14, 2019

Judge: Andrew B. Altenburg, Jr

Chapter: 13

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Appearance filed 6/13/2019, doc 13 & Objection to Plan filed 6/14/2019, doc 14

Date: 09/06/2019

/s/ Robert J. Davidow
Signature

*rev.8/1/15*